IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

_____

No. 04-51408
_____

United States Court of Appeals
Fifth Circuit

**F I L E D**

June 1, 2005

**Charles R. Fulbruge III**
Clerk

UNITED STATES OF AMERICA

        Plaintiff - Appellee

   v.

JAIME GLORIA-CERVANTES

        Defendant - Appellant

---------------------
Appeal from the United States District Court for the
Western District of Texas, Del Rio
2:04-CR-586-ALL
---------------------

Before DAVIS, SMITH, and DENNIS, Circuit Judges.

PER CURIAM:[*]

IT IS ORDERED that Appellee's unopposed motion to vacate the sentence is GRANTED.

IT IS FURTHER ORDERED that Appellee's unopposed motion to remand the case to the Western District of Texas, Del Rio Division for resentencing is GRANTED.

IT IS FURTHER ORDERED that Appellee's alternative request for an extension of time to file the Appellee's brief 14 days from the denial of Appellee's motion to vacate and remand is DENIED as unnecessary.

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.